IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>JEFFREY WALTER GRAY,<br><br>Defendant. | CASE NO. 4:24-cr-030<br><br><br>MOTION TO WITHDRAW |

COMES NOW the undersigned attorney, Aaron D. Hamrock, and for his motion to withdraw states to the Court the following:

1. That the undersigned was privately retained for this case and for issues up to and including sentencing.

2. That the undersigned has not been retained for any issues relating to an appeal.

3. That the undersigned is requesting that he be allowed to withdraw in this matter so that the Federal Public Defender or another CJA attorney be appointed to handle the pending appeal.

WHEREFORE, the undersigned respectively requests that this court allow him to withdraw from this case and appoint the Federal Defenders office or a CJA attorney to handle the appeal, along with such other and further relief as the Court deems just and proper in the premise.

RESPECTFULLY SUBMITTED:


/s/_Aaron D. Hamrock_____
Aaron D. Hamrock (AT0003107)
McCARTHY & HAMROCK, P.C.
1200 Valley West Drive, Ste. 400
West Des Moines, IA 50266
PH: (515) 279-9700
FAX: (515) 279-8355
EMAIL: aaron@mccarthyandhamrock.com
ATTORNEY FOR DEFENDANT.

Original Filed Electronically.

Electronically Copied to:

Kyle J. Essley
Assistant United States Attorney

<table>
<tr><td colspan="2"><strong><u>CERTIFICATE OF SERVICE</u></strong></td></tr>
<tr><td colspan="2">The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on January 22, 2025.</td></tr>
<tr><td>By: ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Federal Express</td><td>☐ FAX<br>☐ Overnight Courier<br>☒ Other: <u>Electronically</u></td></tr>
<tr><td colspan="2">Signature: _____/s/ Amanda M. Neff_____</td></tr>
</table>